No. 72. FORDSON COAL COMPANY *v.* JOHN M. MOORE, SHERIFF. See *ante,* p. 494.

No. 386. RUBY STEAMSHIP CORPORATION, LTD. *v.* JOHNSON & HIGGINS. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward F. Treadwell* for petitioner. *Messrs. Cletus Keating* and *Ira A. Campbell* for respondents.

No. 389. WILLIAM R. GEORGE *v.* IDAHO. October 31, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Idaho denied. *Messrs. Charles J. Williamson* and *Turner K. Hackman* for petitioner. *Mr. Leon N. Fisk* for respondent.

No. 390. CHARLOTTE F. JONES *v.* THE COUNTIES GAS AND ELECTRIC COMPANY. October 31, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania denied. *Charlotte F. Jones, pro se.* No appearance for respondent.

No. 393. THE LEHIGH AND HUDSON RIVER RAILWAY COMPANY *v.* JOHN H. HUBBARD. October 31, 1927. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. Herbert A. Taylor* for petitioner. No appearance for respondent.

No. 395. CHARLES W. BOSTROM ET AL. *v.* CUYAMEL FRUIT COMPANY, CLAIMANT AND OWNER OF STEAMSHIP "NICARAO," ET AL. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John D. Grace* for petitioners. No appearance for respondents.